**562**

484 P.2d 1272

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Leo CHAVEZ, Defendant-Appellant.**

**No. 9253.**

Supreme Court of New Mexico.

May 5, 1971.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 532, 82 N.M. 569, 484 P.2d 1279, be and the same is hereby returned to the Clerk of the Court of Appeals.

484 P.2d 1272

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Jessie GUTIERREZ, Defendant-Appellant.**

**No. 9258.**

Supreme Court of New Mexico.

May 12, 1971.

Original Proceeding in Certiorari.

Ordered that application for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 608, 82 N.M. 578, 484 P.2d 1288 be and the same is hereby returned to the Clerk of the Court of Appeals.

484 P.2d 1272

**Thomas Leo WARREN, Plaintiff-Respondent,**

v.

**James H. ZIMMERMAN, Individually, and Charles Zimmerman, a minor, Defendants-Petitioners.**

**No. 9250.**

Supreme Court of New Mexico.

May 12, 1971.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 616, 82 N.M. 583, 484 P.2d 1293 be and the same is hereby returned to the Clerk of the Court of Appeals.